No. 482. JARDINE *v.* SUPERIOR COURT ET AL. Jurisdictional statement submitted December 14, 1931. Decided January 4, 1932. *Per Curiam:* The appeal herein is dismissed for the want of a substantial federal question. *Sugg* v. *Thornton*, 132 U. S. 524; *United Mine Workers* v. *Coronado Coal Co.*, 259 U. S. 344. *Messrs. H. W. O'Melveny, Walter K. Tuller,* and *Irving M. Walker* for appellant. *Messrs. Leslie R. Hewitt, Aloysius I. McCormick,* and *Guy Richards Crump* for appellees.

No. 248. SNOWDEN ET AL. *v.* RED RIVER & BAYOU DES GLAISES LEVEE & DRAINAGE DISTRICT ET AL. Argued January 6, 1932. Decided January 11, 1932. *Per Curiam:* After hearing oral argument the Court, being of opinion that no substantial federal question is presented, dismisses the writ of certiorari. *Messrs. Winston K. Joffrion* and *S. Allen Bordelon* for petitioners. *Mr. W. E. Couvillon* submitted for respondents.

No. —, original. Ex PARTE KOSOLAPOV. Submitted January 4, 1932. Decided January 11, 1932. The motion for leave to file petition for writ of mandamus is denied. *Mr. Borris M. Komar* for petitioner.